**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 10, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00202-CV

---

## IN THE MATTER OF THE MARRIAGE OF BASIM MOUSILLI AND NOURA SWEED

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2020-49635**

---

### MEMORANDUM OPINION

This is an appeal from an order appointing a receiver signed April 9, 2021. On May 21, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer and Poissant.